# United States Court of Appeals
## For the First Circuit

No. 18-1852

HECTOR ZABALA-DE JESUS, et al.,

Plaintiff-Appellant,

v.

SANOFI-AVENTIS PUERTO RICO, INC., et al.,

Defendant-Appellee.

**ERRATA SHEET**

The opinion of this Court issued on May 13, 2020 is amended as follows:

On page 2, line 4, change "and" to "in"

On page 3, line 21, change "production" to "product"

On page 8, lines 6 and 7, change "Tit." to "tit."